JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert Sokolove

**DEFENDANTS**
Continental Tire the Americas LLC and Tire Rack

**(b)** County of Residence of First Listed Plaintiff   **Bucks County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   **Lancaster Cnty, S. Carolina**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph A. Cullen, Jr., Esq.         267-907-9600
777 Township Line Rd. #120
Yardley, PA  19067

Attorneys *(If Known)*
Kevin E. Hexstall, Esq.         Thomas E. Tyler, Esq.
2000 Market St., Suite 2300    123 South Broad Street, Suite 2102
Philadelphia, PA  19103        Philadelphia, PA  19109

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
     Plaintiff

☐ 3  Federal Question
     *(U.S. Government Not a Party)*

☐ 2  U.S. Government
     Defendant

☒ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☒ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☐ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | **SOCIAL SECURITY** | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
     Proceeding

☒ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     Another District
     *(specify)*

☐ 6 Multidistrict
     Litigation -
     Transfer

☐ 8 Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Strict products liability, negligence, breach of warranty

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
10/28/2019

SIGNATURE OF ATTORNEY OF RECORD
*K E Hexstall*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff:  Robert Sokolove, 376 David Drive, Langhorne, PA  19047

Address of Defendant:  Continental Tire the Americas LLC, 1830 MacMillian Park Drive, Ft. Mill, SC  29707; Tire Rack, 7101 Vorden Parkway, South Bend, IN  46628

Place of Accident, Incident or Transaction:  Westerly direction on I-76 located in Charlestown Township, Chester County, Pennsylvania

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case  ☐ is / ☒ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/28/2019        _K E Hexstall_ (Attorney-at-Law / Pro Se Plaintiff)        81248 (Attorney I.D. # (if applicable))

---

**CIVIL: (Place a √ in one category only)**

*A.  Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
   *(Please specify):* _____

*B.  Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☒ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
   *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Kevin Hexstall _____, counsel of record *or* pro se plaintiff, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 10/28/2019        _K E Hexstall_ (Attorney-at-Law / Pro Se Plaintiff)        81248 (Attorney I.D. # (if applicable))

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ Robert Sokolove, 376 David Drive, Langhorne, PA  19047 _____

Address of Defendant: _____ Continental Tire the Americas LLC, 1830 MacMillian Park Drive, Ft. Mill, SC  29707; Tire Rack, 7101 Vorden Parkway, South Bend, IN  46628 _____

Place of Accident, Incident or Transaction: _____ Westerly direction on I-76 located in Charlestown Township, Chester County, Pennsylvania _____

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10/28/2019 _____   *K E Hexstall* _____   81248 _____
　　　　　　　　　　　　　　　　*Attorney-at-Law / Pro Se Plaintiff*　　　　　　　*Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.**　*Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
　　　*(Please specify):* _____

**B.**　*Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☑ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
　　　*(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ Kevin Hexstall _____, counsel of record *or pro se plaintiff*, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 10/28/2019 _____   *K E Hexstall* _____   81248 _____
　　　　　　　　　　　　　　　　*Attorney-at-Law / Pro Se Plaintiff*　　　　　　　*Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Robert Sokolove | : | CIVIL ACTION |
| v. | : | |
| Continental Tire the Americas LLC and Tire Rack | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.        (✓)

| | | |
|---|---|---|
| 10/28/19 | Kevin E. Hexstall | Continental Tire the Americas LLC |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-575-2642 | 215-515-0856 | kehexstall@mdwcg.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Robert Sokolove, | ) | CASE NO. _____ |
| | ) | |
| vs. | ) | JUDGE_____ |
| | ) | |
| Continental Tire the Americas LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Tire Rack | ) | |

**NOTICE OF REMOVAL**

Defendant Continental Tire the Americas, LLC hereby gives notice of removal of a civil action, Case No. 190703491, from the Court of Common Pleas of Philadelphia County, Pennsylvania. Removal of this action is proper under 28 U.S.C. §§ 1441 and 1446 for the reasons set forth below.

1. On or about July 26, 2019, Robert Sokolove filed a praecipe for writ of summons against Continental and Tire Rack in the Court of Common Pleas of Philadelphia County, where it is currently pending.

2. The Philadelphia Court of Common Pleas assigned Case No. 190703491 to the writ.

3. On or about October 2, 2019, Mr. Sokolove filed a Complaint against Continental and Tire Rack under the same case number.

4. The Complaint was mailed to Continental under a cover letter dated October 2, 2019.

5. Removal may be accomplished under 28 U.S.C. 1446(b)(1) "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."

6. Under the Pennsylvania Rules of Civil Procedure, a praecipe for writ of summons is not a "pleading." *See* Pa.R.C.P. 1017.

7.      But the United States Court of Appeals for the Third Circuit has also expressly held that "a writ of summons alone can no longer be the 'initial pleading' that triggers the 30-day period for removal under the first paragraph of 28 U.S.C. § 1446(b)." *Sikirica v. Nationwide Ins. Co.*, 416 F.3d 214, 223 (3d Cir. 2005).

8.      This Notice of Removal is filed within thirty days of service of the Complaint—the initial pleading—on Continental.

9.      Removal is therefore timely under 28 U.S.C. 1446(b)(1).

10.     Plaintiff Robert Sokolove is a citizen of Pennsylvania. *See* Complaint ¶ 1 (asserting his permanent residence in Bucks County, Pennsylvania).

11.     Continental is a limited liability company, whose citizenship is determined by that of its members. *See Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 418 (3d Cir. 2010).

12.     For purposes establishing diversity of citizenship for subject matter jurisdiction under 28 U.S.C. § 1332, Continental is ultimately a citizen only of Germany.  The basis for that assertion is as follows:

   a. The sole member and exclusive owner of Continental Tire the Americas, LLC is Continental Tire Holding US LLC.

   b. The sole member and exclusive owner of Continental Tire Holding US LLC is Continental Global Holding Netherlands B.V.

   c. Continental Global Holding Netherlands B.V. is a limited liability holding company organized under the laws of the Netherlands.  The sole member and exclusive owner of Continental Global Holding Netherlands B.V. is CGH Holding B.V.

d. CGH Holding B.V. is a limited liability company organized under the laws of the Netherlands. The sole member and exclusive owner of CGH Holding B.V. is CAS-One Holdinggesellschaft mbH.

e. CAS-One Holdinggesellschaft mbH is a limited liability company organized under the laws of Germany. The sole member and exclusive owner of CAS-One Holdinggesellschaft mbH is Continental Caoutchouc-Export-GmbH.

f. Continental Caoutchouc-Export-GmbH is a limited liability company organized under the laws of Germany. It has two members and exclusive owners: Continental Automotive GmbH and Continental Aktiengesellschaft.

g. Continental Automotive GmbH is a limited liability company organized under the laws of Germany. The sole member and exclusive owner of Continental Automotive GmbH is Continental Aktiengesellschaft.

h. Continental Aktiengesellschaft is a stock corporation organized under the laws of Germany. Its principal place of business is in Hannover, Germany.

13. Defendant Tire Rack is an Indiana corporation with its principal place of business in Indiana. *See* Complaint ¶ 3.

14. There is, therefore, complete diversity of citizenship between Plaintiff and both of the Defendants. 28 U.S.C. § 1332(a)(1) & (2).

15. The Complaint does not allege the amount in controversy. Under such circumstance, "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold. Evidence establishing the amount is required by §1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014).

16.     Based on the Complaint's allegations that the vehicle struck a tree stump and overturned because "[t]he front tires had fallen off the vehicle" while Mr. Sokolove was driving it on an interstate highway, and that Mr. Sokolove thereby sustained "severe and permanent injuries including but not limited to Fractured Lumbar (L2); Separated Left Shoulder; Torn Right Meniscus requiring surgery; and back injury," "a loss of earnings and/or earning capacity . . . to his great detriment and loss," "substantial medical expense as a result of medical treatment in the past" and "for the rest of his life," "pain, discomfort, frustration, embarrassment, loss of enjoyment of life's pleasures, [and] an inability to attend to his usual and daily activities . . . for the rest of his life," Complaint ¶¶ 12–18, Continental avers for purposes of this Notice of Removal only that the amount in controversy in this action is greater than $75,000, excluding interest and costs.

17.     The amount-in-controversy requirement of 28 U.S.C. § 1332(a) is, therefore, satisfied.

18.     This Court thus has subject matter jurisdiction over this case under 28 U.S.C. § 1332.

19.     As required by 28 U.S.C. § 1446(b)(2)(A), Tire Rack joins in and consents to this removal. *See* Email attached hereto.

20.     Removal of this case to the United States District Court for the Eastern District of Pennsylvania is proper under 28 U.S.C. 1441(a), because this Court embraces Philadelphia County. *See* 28 U.S.C. § 118(a).

21.     As required by 28 U.S.C. § 1446(a), attached to this Notice of Removal is a copy of all process, pleadings, and orders, if any, served on Continental in this action.

22.     By filing this Notice of Removal, Continental does not intend to waive, and hereby reserves, all objections as to service, personal jurisdiction, and all other defenses.

23.     This Notice of Removal is being served on counsel for Mr. Sokolove on this date.

24.     Continental will promptly file a copy of this Notice of Removal with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

WHEREFORE, this action is hereby removed from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

**MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN**

BY: *K E Hexstall*

KEVIN E. HEXSTALL, ESQUIRE
MOHAMED N. BAKRY, ESQUIRE
2000 Market Street, Suite 2300
Philadelphia, PA  19103
Telephone: 215-575-2600
Facsimile: 215-575-0856
kehexstall@mdwcg.com
mnbakry@mdwcg.com

*Attorneys for Defendant
Continental Tire the Americas, LLC*

Dated: October 28, 2019

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Robert Sokolove, | ) | CASE NO. _____ |
| | ) | |
| vs. | ) | JUDGE _____ |
| | ) | |
| Continental Tire the Americas LLC | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Tire Rack | ) | |

## AFFIDAVIT

Kevin Hexstall**,** being duly sworn according to law deposes and states that the facts set

forth in the foregoing Notice of Removal are true and correct to the best of his knowledge,

information and belief.

BY: *K E Hexstall*  _____

KEVIN E. HEXSTALL, ESQUIRE
2000 Market Street, Suite 2300
Philadelphia, PA  19103
kehexstall@mdwcg.com

*Attorney for Defendant*
*Continental Tire the Americas, LLC*

SWORN TO AND SUBSCRIBED

BEFORE ME THIS _____ DAY

OF _____, 2019

*Catherine R Silvestro*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CATHERINE R SILVESTRO
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Apr 27, 2020

# EXHIBIT A




No Items in Cart **LOGOUT** khexstall

**Civil Docket Report**

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 190703491 |
| **Case Caption:** | SOKOLOVE VS CONTINENTAL TIRE THE AMERICAS LLC ETAL |
| **Filing Date:** | Friday , July 26th, 2019 |
| **Court:** | MAJOR JURY-COMPLEX |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | PRODUCT LIABILITY |
| **Status:** | LISTED FOR CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

| Event | Date/Time | Room | Location | Judge |
|---|---|---|---|---|
| CASE MANAGEMENT CONFERENCE | 05-NOV-2019 02:00 PM | City Hall | Case Management Center, Rm 613 | *unassigned* |

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | CULLEN, JOSEPH A |
| **Address:** 777 TOWNSHIP LINE ROAD SUITE 120 YARDLEY PA 19067 (267)907-9600 | | **Aliases:** *none* | | |
| | | | | |

| 2 | 1 | | PLAINTIFF | SOKOLOVE, ROBERT |
|---|---|---|---|---|
| **Address:** | 376 DAVID DR LANGHORNE PA 19047 | **Aliases:** | *none* | |
| | | | | |
| 3 | 7 | | DEFENDANT | CONTINENTAL TIRE THE AMERICAS LLC |
| **Address:** | 1950 CONTINENTAL BLVD CHARLOTTE NC 28273 | **Aliases:** | *none* | |
| | | | | |
| 4 | 6 | | DEFENDANT | TIRE RACK |
| **Address:** | 7101 VORDEN PKWY SOUTH BEND IN 46628 | **Aliases:** | *none* | |
| | | | | |
| 5 | | | TEAM LEADER | NEW, ARNOLD L |
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | ATTORNEY FOR DEFENDANT | TYLER, THOMAS E |
| **Address:** | 123 S BROAD ST SUITE 2102 PHILADELPHIA PA 19109-1024 (215)732-3755 | **Aliases:** | *none* | |
| | | | | |
| 7 | | | ATTORNEY FOR DEFENDANT | HEXSTALL, KEVIN E |
| **Address:** | MARSHALL DENNEHEY WARNER 2000 MARKET ST | **Aliases:** | *none* | |

| | | | | |
|---|---|---|---|---|
| | SUITE 2300<br>PHILADELPHIA PA<br>19107<br>(215)575-2642 | | | |
| | | | | |
| 8 | 7 | | ATTORNEY FOR<br>DEFENDANT | BAKRY, MOHAMED N |
| Address: | MARSHALL<br>DENNEHEY<br>2000 MARKET<br>STREET<br>PHILADELPHIA PA<br>19103<br>(267)295-4042 | Aliases: | *none* | |

## Docket Entries

| Filing<br>Date/Time | Docket Type | Filing Party | Disposition<br>Amount | Approval/<br>Entry Date |
|---|---|---|---|---|
| 26-JUL-2019<br>11:48 AM | ACTIVE CASE | | | 26-JUL-2019<br>01:25 PM |
| **Docket<br>Entry:** | E-Filing Number: 1907059743 | | | |
| | | | | |
| 26-JUL-2019<br>11:48 AM | COMMENCEMENT<br>CIVIL ACTION JURY | CULLEN,<br>JOSEPH A | | 26-JUL-2019<br>01:25 PM |
| **Documents:** | Final Cover | | | |
| **Docket<br>Entry:** | *none.* | | | |
| | | | | |
| 26-JUL-2019<br>11:48 AM | PRAE TO ISSUE WRIT<br>OF SUMMONS | CULLEN,<br>JOSEPH A | | 26-JUL-2019<br>01:25 PM |
| **Documents:** | Sokolove - Praecipe for Writ of Summons.pdf<br>Sokolove - Writ of Summons 7-26-19.pdf | | | |
| **Docket<br>Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF<br>SUMMONS ISSUED. | | | |
| | | | | |

| 26-JUL-2019<br>11:48 AM | JURY TRIAL<br>PERFECTED | CULLEN,<br>JOSEPH A | | 26-JUL-2019<br>01:25 PM |
|---|---|---|---|---|
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 26-JUL-2019<br>11:48 AM | WAITING TO LIST<br>CASE MGMT CONF | CULLEN,<br>JOSEPH A | | 26-JUL-2019<br>01:25 PM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 02-AUG-2019<br>03:40 PM | ENTRY OF<br>APPEARANCE | TYLER,<br>THOMAS E | | 02-AUG-2019<br>03:41 PM |
| **Documents:** | Sokolove - Entry of Appearance for The Tire Rack, Inc.pdf | | | |
| **Docket Entry:** | ENTRY OF APPEARANCE OF THOMAS E TYLER FILED. (FILED ON BEHALF OF TIRE RACK) | | | |
| | | | | |
| 02-AUG-2019<br>04:23 PM | RULE TO FILE<br>COMPLAINT | TYLER,<br>THOMAS E | | 05-AUG-2019<br>09:20 AM |
| **Documents:** | Sokolove - Praecipe and Rule to File Complaint 08-02-19.pdf | | | |
| **Docket Entry:** | PRAECIPE AND RULE FILED UPON ROBERT SOKOLOVE TO FILE A COMPLAINT WITHIN TWENTY (20) DAYS OR SUFFER JUDGMENT OF NON PROS FILED. (FILED ON BEHALF OF TIRE RACK) | | | |
| | | | | |
| 06-AUG-2019<br>04:41 PM | AFFIDAVIT OF<br>SERVICE FILED | CULLEN,<br>JOSEPH A | | 06-AUG-2019<br>04:42 PM |
| **Documents:** | Sokolove Affidavit of Service Tire Rack 8-6-19.pdf | | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON TIRE RACK BY CERTIFIED MAIL ON 07/26/2019 FILED. (FILED ON BEHALF OF ROBERT SOKOLOVE) | | | |
| | | | | |
| 24-SEP-2019<br>11:19 AM | AFFIDAVIT OF<br>SERVICE FILED | CULLEN,<br>JOSEPH A | | 24-SEP-2019<br>11:22 AM |
| **Documents:** | Sokolove - Affidavit of Service to Continental Tire.pdf | | | |
| **Docket** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S WRIT OF SUMMONS UPON | | | |

| Entry: | CONTINENTAL TIRE THE AMERICAS LLC BY CERTIFIED MAIL ON 08/16/2019 FILED. (FILED ON BEHALF OF ROBERT SOKOLOVE) | | | |
| --- | --- | --- | --- | --- |
| | | | | |
| 30-SEP-2019 04:56 PM | LISTED FOR CASE MGMT CONF | | | 30-SEP-2019 04:56 PM |
| Docket Entry: | *none.* | | | |
| | | | | |
| 02-OCT-2019 12:30 AM | NOTICE GIVEN | | | 02-OCT-2019 12:30 AM |
| Docket Entry: | *none.* | | | |
| | | | | |
| 02-OCT-2019 12:07 PM | COMPLAINT FILED NOTICE GIVEN | CULLEN, JOSEPH A | | 02-OCT-2019 12:10 PM |
| Documents: | Sokolove - Complaint.pdf | | | |
| Docket Entry: | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF ROBERT SOKOLOVE) | | | |
| | | | | |
| 22-OCT-2019 11:19 AM | ENTRY OF APPEARANCE | HEXSTALL, KEVIN E | | 22-OCT-2019 12:49 PM |
| Documents: | Sokolove - Continental Tire EOA.pdf | | | |
| Docket Entry: | ENTRY OF APPEARANCE OF KEVIN E HEXSTALL AND MOHAMED N BAKRY FILED. (FILED ON BEHALF OF CONTINENTAL TIRE THE AMERICAS LLC) | | | |
| | | | | |
| 24-OCT-2019 12:30 AM | NOTICE GIVEN | | | 24-OCT-2019 12:30 AM |
| Docket Entry: | *none.* | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

Case 2:19-cv-05049-NIQA    Document 1    Filed 10/28/19    Page 17 of 47

| E-Filing System | | Search Home |

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **JULY 2019** |
| E-Filing Number: 1907059743 |
| **003491** |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROBERT SOKOLOVE | CONTINENTAL TIRE THE AMERICAS LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 376 DAVID DRIVE<br>LANGHORNE PA 19047 | 1950 CONTINENTAL BOULEVARD<br>CHARLOTTE NC 28273 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | TIRE RACK |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 7101 VORDEN PKWY<br>SOUTH BEND IN 46628 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

2P - PRODUCT LIABILITY

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED**
**PRO PROTHY**

JUL 26 2019

**A. SILIGRINI**

IS CASE SUBJECT TO COORDINATION ORDER?      YES      NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROBERT SOKOLOVE

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOSEPH A. CULLEN | 777 TOWNSHIP LINE ROAD<br>SUITE 120<br>YARDLEY PA 19067 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (267)907-9600 | (267)907-9659 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 82167 | jcullen@stark-stark.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOSEPH CULLEN | Friday, July 26, 2019, 11:48 am |

FINAL COPY (Approved by the Prothonotary Clerk)

STARK & STARK, P.C.
Joseph A. Cullen, Jr., ESQUIRE
Identification No.: 82167
777 Township Line Rd. #120
Yardley, PA 19067
Telephone: (267)907-9600
Facsimile: (267)907-9659
e-mail: jcullen@stark-stark.com

*Attorneys for Plaintiff*

Filed and Attested by the
Office of Judicial Records
26 JUL 2019 11:48 am
A. SILIGRINI

| | |
|---|---|
| Robert Sokolove<br>376 David Drive<br>Langhorne, PA 19047 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY, PA<br>:<br>: _____Term, 2019 |
| vs. | :<br>: |
| Continental Tire the Americas LLC<br>1950 Continental Blvd.<br>Charlotte, NC 28273<br>and<br>Tire Rack<br>7101 Vorden Parkway<br>South Bend, IN 46628 | : No._____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PRAECIPE FOR SUMMONS

**TO THE PROTHONOTARY**:

Issue summons in Civil Action in the above case.

___X___ Writ of Summons shall be issued and forwarded to Sheriff/<u>Attorney</u>.

Respectfully submitted:

STARK & STARK, P.C.

Date: 7/26/19

Joseph A. Cullen, Jr., Esq.
Telephone: (267)907-9600
Supreme Court ID: 82167

4812-6145-6029, v. 1

Case ID: 190703491

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
26 JUL 2019 11:48 am
A. SILIGRINI

Robert Sokolove
_____
*Plaintiff*

                    vs.

Continental Tire the Americas, LLC
_____
*Defendant*
**and**
**Tire Rack**
To[1]         **Defendant**

Continental Tire the Americas, LLC
_____

and
_____

Tire Rack
_____

: COURT OF COMMON PLEAS
:
: _____Term, 20_____
:
: No._____
:
:

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Robert Sokolove
_____
_____
_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

190703491
26 JUL 2019 11:48 am
A. SILIGRINI

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 190703491

DAVIS, PARRY & TYLER, P.C.
By: Thomas E. Tyler
Attorney I.D. No. 46521
123 South Broad Street
Suite 2102
Philadelphia, PA 19109-1024
(215) 732-3755                                    Attorney for Defendant, The Tire Rack, Inc.
Email: *tetyler@dpt-law.com*

*Filed and Attested by the*
*Office of Judicial Records*
*02 AUG 2019 03:40 pm*
*M. RUSSO*

---

ROBERT SOKOLOVE                    :      COURT OF COMMON PLEAS
                                   :      PHILADELPHIA  COUNTY,
         v.                        :      PENNSYLVANIA
                                   :
CONTINENTAL TIRE THE AMERICAS, LLC and :
TIRE RACK                          :      No. 190703491

---

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

  Kindly enter my appearance as counsel for the defendant, The Tire Rack, Inc., incorrectly

identified as Tire Rack in plaintiff's Writ of Summons, in the above-captioned matter.

Date:  August 2, 2019

THOMAS E. TYLER
Attorney for Defendant, The Tire Rack, Inc.

Case ID: 190703491

DAVIS, PARRY & TYLER, P.C.
By: Thomas E. Tyler
Attorney I.D. No. 46521
123 South Broad Street
Suite 2102
Philadelphia, PA 19109-1024
(215) 732-3755
Email: *tetyler@dpt-law.com*

*Filed and Attested by the
Office of Judicial Records
02 AUG 2019 04:23 pm
E. HAURIN*

Attorney for Defendant, The Tire Rack, Inc.

---

ROBERT SOKOLOVE

v.

CONTINENTAL TIRE THE AMERICAS, LLC and
TIRE RACK

:   COURT OF COMMON PLEAS
:   PHILADELPHIA  COUNTY,
:   PENNSYLVANIA
:
:
:   No. 190703491

---

## PRAECIPE FOR RULE TO FILE COMPLAINT

TO THE PROTHONOTARY:

      Please enter a Rule upon plaintiff, Robert Sokolove, to file a Complaint within twenty days

hereof or suffer the entry of a Judgment of Non Pros.

Date:  August 2, 2019

THOMAS E. TYLER
Attorney for Defendant, The Tire Rack, Inc.

## RULE TO FILE COMPLAINT

      AND NOW, this    day of August, 2019, a Rule is hereby granted upon plaintiff to file a

Complaint herein within twenty days after service hereof or suffer the entry of a Judgment of Non Pros.

190703491
02 AUG 2019 04:23 pm
E. HAURIN

Prothonotary

Case ID: 190703491

STARK & STARK, P.C.
Joseph A. Cullen, Jr., ESQUIRE
Identification No.: 82167
777 Township Line Rd. #120
Yardley, PA 19067
Telephone: (267)907-9600
Facsimile: (267)907-9659
e-mail: jcullen@stark-stark.com

Filed and Attested by the
Office of Judicial Records
*Attorneys for Plaintiff* 06 AUG 2019 04:41 pm
M. RUSSO

| | |
|---|---|
| Robert Sokolove<br>376 David Drive<br>Langhorne, PA 19047 | : COURT OF COMMON PLEAS<br>: PHILADELPHIA COUNTY, PA<br>:<br>: _July Term, 2019<br>: |
| vs. | : No. 190703491 _____ |
| Continental Tire the Americas LLC<br>1950 Continental Blvd.<br>Charlotte, NC 28273<br>and<br>Tire Rack<br>7101 Vorden Parkway<br>South Bend, IN 46628 | :<br>:<br>:<br>:<br>:<br>:<br>c: |

**AFFIDAVIT OF SERVICE**

I, Joseph A. Cullen, Jr., Esq., being duly sworn according to law does depose and say that on July 26, 2019 the Writ of Summons issued to Defendant, Tire Rack in the above captioned matter was served by certified mail return receipt requested to Defendant, Tire Rack, 7101 Vorden Pkwy, South Bend, IN 46628 as evidenced by the attached copy of the certified mail return receipt card attached at Exhibit "A".

STARK & STARK
A Professional Corporation

By: _____
Joseph A. Cullen, Jr

*Attorneys for Plaintiff*

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6ᵗʰ DAY
OF *August*, 2019.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JENNIFER WALKER, Notary Public
Bucks County
My Commission Expires May 21, 2022
Commission Number 1203004

Case ID: 190703491

EXHIBIT A

# STARK & STARK

### ATTORNEYS AT LAW

*Via Certified Mail – Return Receipt Requested*
*and First Class Mail*

777 TOWNSHIP LINE ROAD, SUITE 120  YARDLEY, PA  19067-5559
267-907-9600 (PHONE)   267-907-9659 (FAX)
WWW.STARK-STARK.COM

July 26, 2019

Tire Rack
7101 Vorden Pkwy
South Bend, IN 46628

Re:   Robert Sokolove v. Continental Tire the Americas, LLC and Tire Rack
      CCP Philadelphia

Dear Sir/Madam:

I represents Plaintiff, Robert Sokolove regarding the above matter.  Enclosed for service upon
you is a Writ of Summons issued by the Court of Common Pleas Philadelphia, Pennsylvania on
July 26, 2019.

Please forward the enclosed to your insurance carrier and/or attorney.

Thank you for your attention to the enclosed.

My direct dial is (267)907-9612, e-mail jcullen@stark-stark.com

Very truly yours,

STARK & STARK, P.C.

By _____



4838-1111-9261, v. 1

PS Form 3811, July 2015 PSN 7530-02-000-9053

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JULY 2019**

E-Filing Number: 1907059743

003491

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROBERT SOKOLOVE | CONTINENTAL TIRE THE AMERICAS LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 376 DAVID DRIVE<br>LANGHORNE PA 19047 | 1950 CONTINENTAL BOULEVARD<br>CHARLOTTE NC 28273 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | TIRE RACK |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 7101 VORDEN PKWY<br>SOUTH BEND IN 46628 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less | ☐ Arbitration | ☐ Mass Tort | ☐ Commerce | ☐ Settlement |
| ☒ More than $50,000.00 | ☒ Jury | ☐ Savings Action | ☐ Minor Court Appeal | ☐ Minors |
| | ☐ Non-Jury | ☐ Petition | ☐ Statutory Appeals | ☐ W D Survival |
| | ☐ Other | | | |

CASE TYPE AND CODE

2P - PRODUCT LIABILITY

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED**
**PRO PROTHY**

JUL 26 2019

A. SILIGRINI

IS CASE SUBJECT TO
COORDINATION ORDER?
YES          NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROBERT SOKOLOVE

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOSEPH A. CULLEN | 777 TOWNSHIP LINE ROAD<br>SUITE 120<br>YARDLEY PA 19067 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (267)907-9600 | (267)907-9659 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 82167 | jcullen@stark-stark.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOSEPH CULLEN | Friday, July 26, 2019, 11:45 am |

FINAL COPY (Approved by the Prothonotary Clerk)

Case ID: 190703491

STARK & STARK, P.C.
Joseph A. Cullen, Jr., ESQUIRE
Identification No.: 82167
777 Township Line Rd. #120
Yardley, PA 19067
Telephone: (267)907-9600
Facsimile: (267)907-9659
e-mail: jcullen@stark-stark.com

*Attorneys for Plaintiff* Filed and Attested by the
Office of Judicial Records
26 JUL 2019 11:48 am
A. PILLGRIM

| | |
|---|---|
| Robert Sokolove | : COURT OF COMMON PLEAS |
| 376 David Drive | : PHILADELPHIA COUNTY, PA |
| Langhorne, PA 19047 | : |
| | : _____ Term, 2019 |
| vs. | : |
| | : No. _____ |
| Continental Tire the Americas LLC | : |
| 1950 Continental Blvd. | : |
| Charlotte, NC 28273 | : |
| and | : |
| Tire Rack | : |
| 7101 Vorden Parkway | : |
| South Bend, IN 46628 | : |

## PRAECIPE FOR SUMMONS

### TO THE PROTHONOTARY:

Issue summons in Civil Action in the above case.

___X___ Writ of Summons shall be issued and forwarded to Sheriff/Attorney.

Respectfully submitted:

STARK & STARK, P.C.

Date: 7/26/19

Joseph A. Cullen, Jr., Esq.
Telephone: (267)907-9600
Supreme Court ID: 82167

4812-6145-6029, v 1

Case ID: 190703491
Case ID: 190703491

Summons
Citation

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the*
*Office of Judicial Records*
*26 JUL 2019 11:48 am*
*A. SILIGRINI*

Robert Sokolove

*Plaintiff*

COURT OF COMMON PLEAS

Term, 20

vs.

No.

Continental Tire the Americas, LLC

*Defendant*

and

Tire Rack

To[1]      Defendant

Continental Tire the Americas, LLC

and

Tire Rack

## Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Robert Sokolove

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____

190703491
26 JUL 2019 11:48 am
A. SILIGRINI

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 190703491

Case ID: 190703491

STARK & STARK, P.C.
Joseph A. Cullen, Jr., ESQUIRE
Identification No.: 82167
777 Township Line Rd. #120
Yardley, PA 19067
Telephone: (267)907-9600
Facsimile:  (267)907-9659
e-mail: jcullen@stark-stark.com

*Attorneys for Plaintiff*

Filed and Attested by the
Office of Judicial Records
24 SEP 2019 11:19 am
C. JONES

---

Robert Sokolove
376 David Drive
Langhorne, PA 19047

vs.

Continental Tire the Americas LLC
1950 Continental Blvd.
Charlotte, NC 28273
        and
Tire Rack
7101 Vorden Parkway
South Bend, IN 46628

: COURT OF COMMON PLEAS
: PHILADELPHIA COUNTY, PA
:
: _July Term, 2019
:
: No.   03491
:
:
:
:
:
:
:

---

### AFFIDAVIT OF SERVICE

I, Joseph A. Cullen, Jr., Esq., being duly sworn according to law does depose and say that on July 26, 2019 the Writ of Summons issued to Defendant, Continental Tire the Americas LLC in the above captioned matter was served by certified mail return receipt requested to Defendant, Continental Tire the Americas LLC, 1830 MacMillan Park Dr., Fort Mill, SC 29707 on August 16, 2019 as evidenced by the attached copy of the certified mail return receipt card attached at Exhibit "A".

STARK & STARK
A Professional Corporation

By: _____
Joseph A. Cullen, Jr.

*Attorneys for Plaintiff*

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 12ᵗʰ DAY
OF September, 2019.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JENNIFER WALKER, Notary Public
Bucks County
My Commission Expires May 31, 2022
Commission Number 1283684

4852-2779-9710, v. 1

Case ID: 190703491

EXHIBIT  A

# STARK & STARK
#### ATTORNEYS AT LAW

*Via Certified Mail – Return Receipt Requested*
*and First Class Mail*

993 LENOX DRIVE, SUITE 200 LAWRENCEVILLE, NJ 08648-2389
609.896.9060 (PHONE) 609.896.0629 (FAX)
WWW.STARK-STARK.COM

August 8, 2019

Continental Tire the Americas, LLC
1830 MacMillan Park Dr.
Fort Mill, SC 29707

Re:   <u>Robert Sokolove v. Continental Tire the Americas, LLC et al.</u>
      CCP Philadelphia

Dear Sir/Madam:

I represent Plaintiff, Robert Sokolove regarding the above matter.  Enclosed for service upon you is a Writ of Summons issued by the Court of Common Pleas Philadelphia, Pennsylvania on July 26, 2019.

Please forward the enclosed to your insurance carrier and/or attorney.

Thank you for your attention to the enclosed.

My direct dial is (267)907-9612, e-mail jcullen@stark-stark.com

Very truly yours,

STARK & STARK, P.A.

4850-9731-7534, v. 1

**STARK & STARK, P.C.**
Joseph A. Cullen, Jr., ESQUIRE
Identification No.: 82167
777 Township Line Rd. #120
Yardley, PA 19067
Telephone: (267)907-9600
Facsimile:  (267)907-9659
e-mail: jcullen@stark-stark.com

*Attorneys for Plaintiff*

Filed and Attested by the
Office of Judicial Records
22 OCT 2019 12:07 pm
S. RICE

| | |
|---|---|
| Robert Sokolove | : COURT OF COMMON PLEAS |
| | : PHILADELPHIA COUNTY |
| vs. | : July Term, 2019 |
| | : No. 03491 |
| Continental Tire the Americas LLC | : |
| | : CIVIL ACTION - LAW |
| and | : |
| | : |
| Tire Rack | : |

<table>
<tr><td align="center">NOTICE</td><td align="center"><b><u>AVISO PARA DEFENDER</u></b></td></tr>
<tr><td>

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND
INFORMATION SERVICE
One Reading Center
Philadelphia, Pennsylvania 19107
Telephone:   (215) 238-1701

</td><td>

USTED HA SIDO DEMANDADO/A EN LA CORTE. Si usted desea defender conta la demanda puestas en las siguientes páginas, usted tienen que tomar acción dentro veinte (20) días después que esta Demanda y Aviso es servido, con entrando por escrito una aparencia personalmente o por un abogado y archivando por escrito con la Corte sus defenses o objeciones a las demandas puestas en esta contra usted. Usted es advertido que si falla de hacerlo el caso puede proceder sin usted y un jaxgamiento puede ser entrado contra usted por la Corte sin más aviso por cualquier dinero reclamado en la Dermanda o por cualquier otro reclamo o alivio solicitado por Demandante. Usted puede perder dinero o propiedad o otros derechos importante para usted.

USTED DEBE LLEVER ÉSTE PAPEL A SU ABOGADO ENSEGUIDA. SI USTED NO TIENE UN ABOGADO, VAYA O LLAME POR TELÉFONO LA OFICINA FIJADA AQUI ABAJO. ESTA OFICINA PUEDE PROVEERÉ CON INFORMACIÓN DE CÓMO CONSEGUIR UN ABOGADO.

SI USTED NO PUEDE PAGARLE A UN ABOGADO ÉSTA OFICINA PUEDE PROVEERÉ INFOMRACIÓN ACERCA AGENCIAS QUE PUEDAN OFRECER SERVICIOS LEGAL A PERSONAS ELIGIBLE AQ UN HONORARIO REDUCIDO O GRATIS.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA
E INFORMACION LEGAL
One Reading Center
Filadelfia, Pennsylvania  19107
Telefono:   (215) 238-1701

</td></tr>
</table>

**STARK & STARK, P.C.**
Joseph A. Cullen, Jr., ESQUIRE          *Attorneys for Plaintiff*
Identification No.: 82167
777 Township Line Rd. #120
Yardley, PA 19067
Telephone: (267)907-9600
Facsimile: (267)907-9659
e-mail: jcullen@stark-stark.com

---

Robert Sokolove                     : COURT OF COMMON PLEAS
376 David Drive                     : PHILADELPHIA COUNTY, PA
Langhorne, PA 19047                 :
                                    : July Term, 2019
     vs.                            :
                                    :  No. 03491
Continental Tire the Americas LLC   :
1950 Continental Blvd.              : CIVIL ACTION - LAW
Charlotte, NC 28273                 :
                                    :
     and                            :
                                    :
Tire Rack                           :
7101 Vorden Parkway                 :
South Bend, IN 46628                :

## COMPLAINT

1.      Plaintiff, Robert Sokolove, is an adult individual residing at 376 David Drive,

Langhorne, Bucks County, Pennsylvania.

2.      Defendant, Continental Tire the Americas LLC (hereinafter referred to as

"Continental"), is a corporation with its principal place of business located at 1830 MacMillan

Park Drive, Fort Mill, South Carolina 29707 and is engaged in the research, design, testing,

development, manufacture, export, marketing, advertisement, distribution, sale of tires and

4826-3336-0296, v. 1

Case ID: 190703491

otherwise placed into the stream of commerce the tires, in Philadelphia County and throughout the world.

    3.     Defendant Tire Rack, is a corporation with its principal place of business located at 7101 Vorden Parkway, South Bend, Indiana 46628 and is engaged in the marketing, advertisement, distribution, sale of and otherwise placed into the stream of commerce tires for motor vehicles, in Philadelphia County and throughout the world.

    4.     On and prior to August 2, 2017, and all relevant times herein, the Continental was a corporation authorized to conduct business in the Commonwealth of Pennsylvania and in fact doing and transacting business in the City and County of Philadelphia, Commonwealth of Pennsylvania.

    5.     On and prior to August 2, 2017, and all relevant times herein, Defendant, Tire Rack was engaged in the sale and distribution of tires and accessories in Philadelphia County and throughout southeastern Pennsylvania.

## JURISDICTION AND VENUE

    6.     Jurisdiction and venue are proper in this Court because each defendant regularly advertises in, ships products to and sells products in Philadelphia County and each defendant regularly conducts business in Philadelphia County through employees, agents or other representatives.

## BACKGROUND

    7.     Defendants Continental and Tire Rack collectively and in concert were responsible for researching, designing, testing, developing, exporting components and/or importing components to the United States, manufacturing, assembling, marketing, advertising,

- 2 -

4826-3336-0296, v. 1

Case ID: 190703491

distributing, selling and placing into the stream of commerce a subject tire relating to this incident.

8.      Defendant distributor Tire Rack sold the subject tires to Plaintiff, Robert Sokolove on March 15, 2016 via the internet.

9.      Defendant Continental expected the tires to reach the user in the same condition it was in when it left their custody and control.

10.      The subject tire was installed on Plaintiff's vehicle, a 2011 Jaguar XK, at Rehobath Auto Repair in the Spring of 2016.

11.      Plaintiff maintained his motor vehicle in a condition which was without substantial change from its condition when it left the custody and control of the defendants.

12.      On August 3, 2017, at 3:25 PM, Plaintiff was operating his 2011 Jaguar XK in a westerly direction on I-76 located in Charlestown Township, Chester County, Pennsylvania.

13.      When suddenly, the front end of Plaintiff's vehicle began to shake and he lost control of his vehicle, travelling onto the north berm of I-76, striking a tree stump with the front end of the vehicle, overturning once and coming to a final rest facing east on the north berm of I-76. The front tires had fallen off the front of the vehicle.

14.      Plaintiff sustained severe and permanent injuries including but not limited to Fractured Lumbar (L2); Separated Left Shoulder; Torn Right Meniscus requiring surgery; and back injury.

15.      Plaintiff has suffered a loss of earnings and/or earning capacity and will suffer same for an indefinite time into the future to his great detriment and loss.

- 3 -

Case ID: 190703491

16.     Plaintiff has incurred substantial medical expense as a result of medical treatment in the past and will require medical treatment for the rest of his life, thereby incurring substantial medical expenses in the future.

17.     As a direct and proximate cause of Defendants' conduct and the defectiveness of Defendants' product, Plaintiff has suffered pain, discomfort, frustration, embarrassment, loss of enjoyment of life's pleasures, an inability to attend to usual and daily activities and will suffer same for the rest of his life.

18.     As a direct and proximate cause of Defendants' conduct and the defectiveness of Defendants' product, Plaintiff will require additional medical care for the rest of his life, to his great detriment and loss.

## COUNT I
## STRICT LIABILITY

### ROBERT SOKOLOVE
### v.
### CONTINENTAL TIRE THE AMERICAS LLC AND TIRE RACK

19.     The allegations of paragraphs 1 through 18 as well as all subsequent paragraphs are incorporated in Count I by reference.

20.     Defendants manufactured, supplied, warranted, sold and placed on the market and into the stream of commerce a defective and unreasonably dangerous product, knowing that the tires would reach consumers without substantial change in the condition in which it was sold and that, at the time the tires left Defendants' control, they were defective and in an unreasonably dangerous condition.

- 4 -

Case ID: 190703491

21.     When the Defendants researched, designed, tested, developed, manufactured, supplied, warranted exported, imported, assembled, marketed, advertised, distributed and/or sold the tires, they were aware of the defective condition.

22.     The Defendants and at the time of manufacture of the tires knew the product posed a serious and imminent danger to the lives and safety of motor vehicle drivers.

23.     The Defendants and the tire manufacturing industry have known, and knew at the time of manufacture of the subject tires, that a safe tire, free from defect, must contain effective and adequate warnings to prevent harm to motor vehicle drivers.

24.     The aforementioned tires were not safe for its reasonably foreseeable uses.

25.     The aforementioned tires were defective and unsafe in that when installed and in use on the Plaintiff's vehicle, for its reasonably foreseeable uses, it subjected Plaintiff to serious injuries when the aforementioned product was used in an intended and foreseeable manner. The tire's defects as well as the Defendants' failures include, but are not limited to, as follows:

      (a)     designing, manufacturing, assembling, marketing, selling and distributing tires that failed to function in an intended and foreseeable manner causing the tire to blow out;

      (b)     designing, manufacturing, assembling, marketing, selling and distributing defective tires likely to malfunction during foreseeable use;

      (c)     The tire is defective in design because it is likely to become damaged and fail;

      (d)     The tire is defective in design because it lost ability to perform safely and effectively during the expected and ordinary useful life of the tire, and contained no warnings to the operator to inspect prior to each and every use;

      (e)     Such other acts or omissions as may be ascertained through discovery, or

- 5 -

Case ID: 190703491

as may be demonstrated by the evidence adduced at trial.

26.      Defendants are strictly liable to Plaintiffs pursuant to Section 402A of the Restatement (Second) of Torts.

27.      The defective condition of the tires was the factual cause of Plaintiff's August 2, 2017 crash and life threatening injuries.

28.      Defendants failed to adequately test the product prior to manufacturer, marketing, distributing and failed to test the product subsequent to assembling.

29.      Defendant Continental failed to adequately instruct Defendant, Tire Rack to visually inspect the tires for damage prior to the sale of the defective tires to Plaintiff.

30.      Defendant, Tire Rack failed to adequately visually inspect the tires at the time of sale and installation.

31.      Defendants failed to adequately visually inspect the tires immediately prior to delivery to the Plaintiff.

32.      Defendants' failure to perform adequate testing, inspections and give adequate and appropriate information, warning and directions was a direct and proximate cause of the severe and permanent injuries sustained by Plaintiff.

33.      Upon information and/or belief, when the tires were manufactured, the Defendants had the technological capability to inspect them.

34.      At all times referenced herein, Defendants were acting as agents and employees of each other and were acting within the scope, purpose and authority of that agency and employment with full knowledge, permission and consent of each other Defendant.

- 6 -

Case ID: 190703491

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages, in amounts in excess of the jurisdictional limits.

### COUNT II
### NEGLIGENCE

### ROBERT SOKOLOVE
### v.
### CONTINENTAL TIRE THE AMERICAS LLC AND TIRE RACK

35.     The allegations of paragraphs 1 through 34 and all subsequent paragraphs are incorporated by reference as if fully set forth herein.

36.     Plaintiff's crash and injuries were caused by the negligent and reckless conduct of the Defendants in researching, testing, designing, developing, manufacturing, importing, marketing, advertising, distributing, assembling and selling the tires and by engaging in the following negligent and reckless conduct:

      (a)    Failing to design a safe and effective tire;

      (b)    Carelessly and negligently selling and distributing a tire that was not safe and was defective;

      (c)    Carelessly and negligently selling and distributing a tire which contained defective, malfunctioning materials;

      (d)    Carelessly and negligently selling and distributing tires that would not unexpectedly malfunction while in operation;

      (e)    Carelessly and negligently selling and distributing a tire that lacked adequate or any warnings as to the safe operation and reliability of use of the tire;

      (f)    Carelessly and negligently selling and distributing a tire that could become unreasonably dangerous given their unreliability;

- 7 -

Case ID: 190703491

(g)     In breach of their duty, negligently incorporated into the design and manufacture of a tire that could not stand up to normal usage; failed to design, develop, manufacture, market, sell and distribute the tire such that it would not injure users/drivers;

(h)     Such other acts or omissions constituting carelessness, negligence, recklessness and gross negligence as may be ascertained through discovery, or as may be demonstrated by the evidence adduced at trial.

37.     Defendants failed to adequately test and/or visually inspect the product prior to manufacture, marketing and distributing, and failed to test the product subsequent to assembly and/or immediately prior to delivery to the Plaintiff.

38.     Defendants' failure to perform adequate testing and to give adequate and appropriate information, warning and directions was a direct and proximate cause of the severe and permanent injuries sustained by Plaintiff.

39.     At all times referenced herein, Defendants and each of them were acting as agents and employees of each of the other Defendants and were acting within the scope, purpose and authority of that agency and employment and with full knowledge, permission and consent of each other Defendant.

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages in amounts in excess of the jurisdictional limits.

4826-3336-0296, v. 1

Case ID: 190703491

## COUNT III

## BREACH OF WARRANTY, IMPLIED AND EXPRESS WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE

### ROBERT SOKOLOVE
v.
### CONTINENTAL TIRE THE AMERICAS LLC AND TIRE RACK

40.     The allegations of paragraphs 1 through 39, as well as all subsequent paragraphs are incorporated by reference as if fully set forth.

41.     At some time prior to the date of purchase by Plaintiff, Defendants expressed warranties that the subject tires were safe for use for the purposes intended and were of merchantable quality.

42.     At some time prior to August 2, 2017, Defendants expressly and impliedly warranted by implication that the tires were was reasonably fit for the purposes intended and was of merchantable quality.

43.     Said representations and warranties set forth in the preceding two paragraphs form part of the basis of the bargain for the sale of the tires and were relied upon by Plaintiffs.

44.     That in truth and in fact, said representations and said warranties were false.

45.     As a direct and proximate result of the aforesaid breach of express and implied warranties, Plaintiff sustained the injuries and damages set forth above.

46.     At all times referenced herein, Defendants and each of them were acting as agents and employees of each of the other Defendants and were acting within the scope, purpose and authority of that agency and employment and with full knowledge, permission and consent of each other Defendant.

- 9 -

Case ID: 190703491

WHEREFORE, Plaintiff demands judgment against defendants for damages in amount in excess of the jurisdictional limits.

Respectfully submitted:

STARK & STARK, P.C.

By: _____
Joseph A. Cullen, Jr.

*Attorneys for Plaintiffs*

Date: 10.2.2019

4826-3336-0296, v. 1

Case ID: 190703491

## VERIFICATION

I Robert Sokolove hereby states that he is the Plaintiff in this action and verifies that the statements contained in the foregoing Complaint are true and correct to the best of his knowledge, information and belief.  The undersigned understands that the statements contained therein are made subject to the penalties of 18 Pa.C.S. Section 4904, relating to unsworn falsification to authorities.

_____
ROBERT SOKOLOVE

4826-3336-0296, v. 1

Case ID: 190703491

**MARSHALL DENNEHEY WARNER**
**COLEMAN & GOGGIN**
BY:    KEVIN E. HEXSTALL, ESQUIRE
Attorney Identification No.:  81248
BY:    MOHAMED N. BAKRY, ESQUIRE
Attorney Identification No.:  206530
2000 Market Street, Suite 2300
Philadelphia, PA  19103
215-575-2600

*Filed and Attested by the*
*Office of Judicial Records*
Attorneys for Defendant 2019 11:19 am
Continental Tire the Americas LLC

|  |  |  |
|---|---|---|
| ROBERT SOKOLOVE | : | COURT OF COMMON PLEAS |
|     Plaintiff | : | PHILADELPHIA COUNTY |
|  | : |  |
|  | : | JULY TERM, 2019 |
|     v. | : |  |
|  | : | NO.:   3491 |
| CONTINENTAL TIRE THE AMERICAS LLC | : |  |
|  | : | CIVIL ACTION - LAW |
|     and | : |  |
|  | : |  |
| TIRE RACK | : |  |
|     Defendants | : |  |

## ENTRY OF APPEARANCE

OFFICE OF JUDICIAL RECORDS:

    Kindly enter our appearance on behalf of Defendant, Continental Tire the Americas LLC,

in the above-captioned matter.

               **MARSHALL DENNEHEY WARNER**
               **COLEMAN & GOGGIN**

               *Kevin E. Hexstall*

               KEVIN E. HEXSTALL, ESQUIRE
               MOHAMED N. BAKRY, ESQUIRE
               Attorneys for Defendant,
               Continental Tire the Americas LLC

Case ID: 190703491

# EXHIBIT B

| **From:** | Tom Tyler <Tetyler@dpt-law.com> |
|---|---|
| **Sent:** | Friday, October 25, 2019 11:25 AM |
| **To:** | Hexstall, Kevin E. |
| **Subject:** | RE: Sokolove vs Continental Tire the Americas LLC and Tire Rack |

Mr. Hextall:

Thank you for your email. My client, The Tire Rack, Inc., consents to and agrees to removal of this case to the United States District Court Eastern District of Pennsylvania.

Regards,
Tom Tyler
Telephone (215) 732-3755 (ext. 207)
Davis, Parry & Tyler, P.C.



123 South Broad Street
Suite 2102
Philadelphia, PA 19109-1024

---

**From:** Hexstall, Kevin E. [mailto:KEHexstall@MDWCG.com]
**Sent:** Thursday, October 24, 2019 1:35 PM
**To:** Tom Tyler
**Subject:** Sokolove vs Continental Tire the Americas LLC and Tire Rack

Mr. Tyler,

As you are aware, I am counsel for Continental Tire the Americas LLC in this matter. Please confirm that your client, Tire Rack, consents to and agrees to removal of the case to the United States District Court Eastern District of Pennsylvania. Thank you.



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to KEHexstall@MDWCG.com , or by telephone at (215) 575-2642 and then delete the message and its attachments from your computer.

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Removal* was served this day by email and regular U.S.

mail, postage prepaid, upon the following:

Joseph A. Cullen, Jr., Esquire
Stark & Stark, P.C.
777 Township Line Rd. #120
Yardley, PA 19067-5559
jcullen@stark-stark.com

*Attorney for Plaintiff Robert Sokolove*


Thomas E. Tyler, Esquire
Davis, Parry & Tyler, P.C.
123 South Broad Street, Suite 2102
Philadelphia, PA  19109-1024
tetyler@dpt-law.com

*Attorney for Defendant Tire Rack*


MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

BY: K E Henshall

Date: 10/28/19